| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Schreier, Karen E | 2. Court or Organization<br><br>U.S. District Court, South Dak | 3. Date of Report<br><br>05/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States District Court<br>515 Ninth Street, Rm 318<br>Rapid City, SD 57701 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Member Board of Directors | YMCA of Rapid City |
| 2.  Vice President | Eighth Circuit District Judges |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 13 A 11: 37 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 T. Rowe Price | | | | | | | | | |
| 2. -EQUITY INCOME FUND | C | Distribution | K | T | | | | | |
| 3. -GROWTH STOCK FUND | B | Distribution | K | T | | | | | |
| 4. -NEW HORIZONS FUND | D | Distribution | L | T | | | | | |
| 5. -SCIENCE AND TECHNOLOGY FUND | | None | K | T | | | | | |
| 6. -VALUE FUND | B | Distribution | K | T | | | | | |
| 7. IRA ACCOUNT #1 UBS Financial Services | | | | | | | | | |
| 8. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 9. -OPPENHEIMER GLOBAL FUND C | A | Int./Div. | | | Sell | 11/26 | K | | |
| 10. -VAN KAMPEN GROWTH & INCOME FD CL C | A | Int./Div. | | | Buy | 4/3 | J | | |
| 11. - | | | | | Sell | 11/26 | J | | |
| 12. -UNTS FIRST TRUST EQUITY INCOME SELECT PORTFOLIO | A | Interest | | | Sell | 11/26 | J | | |
| 13. -PIMCO FDS LOW DURATION FD CL C | A | Int./Div. | | | Partial Sale | 3/7 | K | | |
| 14. - | | | | | Sell | 4/3 | K | | |
| 15. -PIMCO HIGH YIELD FUND CL C | A | Int./Div. | | | Buy | 4/3 | J | | |
| 16. - | | | | | Sell | 11/26 | K | | |
| 17. -FIDELITY ADVISOR LEVERAGED CO. STOCK FUND CL C | A | Int./Div. | | | Buy | 3/8 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - | | | | | Sell | 11/26 | K | | |
| 19.  -UBS PACE MONEY MARKET | A | Interest | J | T | Buy | 11/28 | J | | |
| 20.  -AMERICAN FUNDS GROWTH FUND OF AMERICA CL F | B | Int./Div. | K | T | Buy | 11/28 | K | | |
| 21.  -FIDELITY ADVISOR LEVERAGED CO STOCK FUND CL A | A | Int./Div. | J | T | Buy | 11/28 | J | | |
| 22.  -JOHN HANCOCK CLASSIC VALUE FUND CL A | B | Int./Div. | K | T | Buy | 11/28 | K | | |
| 23.  -OPPENHEIMER MAIN STREET SMALL CAP FUND A | A | Int./Div. | J | T | Buy | 11/28 | J | | |
| 24.  -THORNBURG INT. VALUE FUND CL A | A | Int./Div. | K | T | Buy | 11/28 | K | | |
| 25.  -DELAWARE DIVERSIFIED INCOME FUND CL A | A | Int./Div. | J | T | Buy | 11/28 | J | | |
| 26.  -FT TEMPLETON GLOBAL BOND A | A | Int./Div. | J | T | Buy | 11/28 | J | | |
| 27.  --LOOMIS SAYLES STRATEGIC INC. FUND CLASS A | A | Int./Div. | J | T | Buy | 11/28 | J | | |
| 28.  NEW YORK LIFE INSURANCE CO. - ANNUITY | A | Interest | K | T | | | | | |
| 29.  NEW YORK LIFE UNIVERSAL LIFE POLICY | A | Dividend | K | T | | | | | |
| 30.  LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 31.  JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 32.  TRAVELERS LIFE & ANNUITY UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 33.  COMMUNITY HEALTH LTD. (2/3 UNIT) | B | Distribution | J | W | | | | | |
| 34.  HOME FEDERAL BANK ACCOUNT | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | E | Distribution | M | T | | | | | |
| 36. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 37. -ALTRIA GROUP INC. COMMON | B | Dividend | K | T | | | | | |
| 38. -ANHEUSER BUSCH COS INC. COMMON | A | Dividend | J | T | | | | | |
| 39. -BP PLC SPONS ADR COMMON | A | Dividend | K | T | Buy | 6/5 | J | | |
| 40. -BURLINGTON NORTHERN-SANTA FE COMMON | A | Dividend | K | T | | | | | |
| 41. -CISCO SYSTEMS INC. COMMON | | None | J | T | Buy | 6/5 | J | | |
| 42. -CITIGROUP INC. COMMON | A | Dividend | J | T | | | | | |
| 43. -COCA-COLA COMPANY COMMON | A | Dividend | J | T | | | | | |
| 44. -COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 45. -EMC CORP. MASS COMMON | | None | J | T | | | | | |
| 46. -GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 47. -HANESBRANDS INC. COMMON | | None | J | T | | | | | |
| 48. -HOME DEPOT INC. COMMON | A | Dividend | J | T | | | | | |
| 49. -INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 50. -KOPIN CORP COMMON | | None | J | T | | | | | |
| 51. -KRAFT FOODS INC CL A | A | Dividend | J | T | spin-off | 4/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More th $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -MEDTRONIC INC. COMMON | A | Dividend | K | T | | | | | |
| 53. -MERCK & CO. INC. COMMON | A | Dividend | J | T | | | | | |
| 54. -MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 55. -PEPSICO INCORPORATED COMMON | A | Dividend | K | T | buy | 6/5 | J | | |
| 56. -PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 57. -PROCTOR & GAMBLE CO. COMMON | A | Dividend | J | T | | | | | |
| 58. -SARA LEE CORP. COMMON | A | Dividend | J | T | | | | | |
| 59. -3M COMPANY COMMON | A | Dividend | J | T | | | | | |
| 60. -TIME WARNER INC. NEW COMMON | A | Dividend | J | T | | | | | |
| 61. -TYCO ELECTRONICS LTD COMMON | A | Dividend | J | T | exchange | 7/11 | J | | |
| 62. -TYCO INTL LTD BERMUDA NEW COMMON | A | Dividend | J | T | exchange | 7/10 | J | | |
| 63. -TYCO INTL LTD NEW REVERSE | | None | | | exchange | 7/10 | J | | |
| 64. -WALGREEN CO COMMON | A | Dividend | J | T | buy | 6/5 | J | | |
| 65. -WALT DISNEY CO (HOLDING CO) COMMON | A | Dividend | J | T | | | | | |
| 66. -ALLIANCE BERNSTEIN MID CAP GROWTH FUND CL C | B | Dividend | K | T | | | | | |
| 67. -AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | A | Dividend | K | T | partial sale | 11/28 | J | A | |
| 68. -DREYFUS S&P 500 INDEX FUND | A | Dividend | K | T | buy | 11/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.  -ING INDEX PLUS MIDCAP FUND CL A | A | Dividend | J | T | buy | 11/28 | J | | |
| 70.  -ING INDEX PLUS SMALLCAP FUND CL A | A | Dividend | J | T | buy | 11/28 | J | | |
| 71.  -FIRST TRUST UNIT 1154 TARGET VIP PORTFOLIO | | None | | | redemption | 10/3 | J | B | |
| 72.  -PIMCO FDS HI YLD CL C | A | Dividend | J | T | | | | | |
| 73.  -RYDEX SER FDS JUNO FD CL C | | None | J | T | | | | | |
| 74.  -PHOENIX GO AZ BOND | | None | J | T | | | | | |
| 75.  -CA HLTH FAC. REV. BOND | | None | J | T | | | | | |
| 76.  -WA ST. COLL SVGS BDS. 93 WA | | None | J | T | | | | | |
| 77.  -SO DAK ST. BLD. ATH LES. REV. AMBAC BOND | | None | J | T | | | | | |
| 78.  -MARICOPA CO. IDA SFM ETM AZ BOND | | None | J | T | | | | | |
| 79.  -DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 80.  -EAST SIDE UHSD CALIF. BOND | | None | J | T | | | | | |
| 81.  -YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | J | T | | | | | |
| 82.  -ALLIANCE BERNSTEIN GLOBAL BOND FUND INC. CL C | | None | J | T | buy | 11/28 | J | | |
| 83.  -NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | | None | J | T | buy | 11/28 | J | | |
| 84.  -THORNBURG LTD TERM MUNICIPAL FUND CL A | | None | J | T | buy | 11/28 | J | | |
| 85.  -UBS  ACCOUNT money market acct | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -UBS ACCOUNT | A | Interest | J | T | | | | | |
| 104. -UBS PACE MONEY MARKET INVESTMENT FUND CLASS P | A | Interest | J | T | buy | 11/29 | J | | |
| 105. --ING INDEX PLUS MIDCAP FUND CL C | A | Dividend | | | buy | 4/24 | J | | |
| 106. - | | | | | sell | 11/27 | J | | |
| 107. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 108. -GALENA PARK IND. BOND | | None | K | T | | | | | |
| 109. -CLACKMUS & WASHINGTON SERV A BOND | | None | K | T | | | | | |
| 110. -SOUTHERN MN MUN PWR AGY SUPPLY BOND | | None | K | T | | | | | |
| 111. -UBS DEPOSIT ACCOUNT | A | Int./Div. | J | T | | | | | |
| 112. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | K | T | | | | | |
| 113. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | J | T | | | | | |
| 114. DOUGHERTY & DOUGHERTY LLP | D | Interest | M | T | | | | | |
| 115. DISCOVER BANK ACCOUNT | A | Interest | K | T | | | | | |
| 116. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 117. -C H ROBINSON WORLDWIDE INC. COMMON | A | Dividend | J | T | | | | | |
| 118. -NASTECH PHARMACEUTICAL CO. INC COMMON | | None | J | T | | | | | |
| 119. -SPECTRASCIENCE COMMON | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544